NOTE: CHANGES MADE BY COURT

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANCHEZ<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRITE SPOT LIQUOR, a business entity; ANDY CHONG, an individual; SOLEIMAN HAKAKIAN, an individual;<br><br>　　　　Defendants. | Case No. 8:23-cv-02267-FWS-JDE<br><br>**DISMISSAL ORDER** |

///

///

///

1

## JOINT STIPULATION OF DISMISSAL PROPOSED ORDER

The dismissal pursuant to Federal Rules of Civil Procedure 41(a) or (c) (form CV-09) filed by Plaintiff's counsel on 01/09/2025 (Docket No. 25) is approved. The entire action, including all claims and counterclaims stated herein against all parties, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  January 16, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE